CHAPIN FITZGERALD
 SULLIVAN & BOTTINI LLP
EDWARD D. CHAPIN  (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI, JR.  (No. 175783)
(fbottini@cfsblaw.com)
550 West C Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:  (619) 955-5318

BERNSTEIN LITOWITZ
 BERGER & GROSSMANN LLP
BLAIR A. NICHOLAS  (No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (No. 211114)
(beng@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY MCTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*,<br><br>  Defendants. | **Case No. SA 12-CV-874 DSF AGR**<br><br>JUDGE DALE S. FISCHER<br><br>PROOF OF SERVICE<br><br>Complaint filed: June 1, 2012 |

PROOF OF SERVICE

COPY

Name & Address:
Edward D. Chapin, Esq. (SBN: 053287)
Francis A. Bottini, Jr., Esq. (SBN: 175783)
Chapin Fitzgerald Sullivan & Bottini LLP
550 West C Street, Suite 2000
San Diego, CA 92101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY MCTAGGART, [see attachment] <br><br> PLAINTIFF(S) <br><br> v. <br><br> FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; [see attachment] <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SACV12 874 JVS(MLGx) <br><br><br> SUMMONS |

TO:    DEFENDANT(S):    FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Francis A. Bottini, Jr., Esq._____, whose address is _550 West C Street, Suite 2000, San Diego, CA 92101_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN - 1 2012

Clerk, U.S. District Court

**JULIE PRADO**

(SEAL)

Dated: _____    By: _____
                                Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)    SUMMONS

## ATTACHMENT TO SUMMONS

MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY MCTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,

         Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation; CHICAGO TITLE COMPANY, a California corporation; TICOR TITLE COMPANY OF CALIFORNIA, a California corporation; LAWYERS TITLE COMPANY, a California corporation; FIDELITY NATIONAL DISCLOSURE SOURCE, LLC, a Delaware corporation; FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation; and DOES 1-100, inclusive,

         Defendants.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV12 874 JVS(MLGx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Fidelity National Home Warranty Company, A CA Corp.
was received by me on *(date)*   06/05/2012   .

☐ I personally served the summons on the individual at *(place)*
     on *(date)*     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
     , a person of suitable age and discretion who resides there,
on *(date)*     , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Margaret Wilson- Agent    , who is
designated by law to accept service of process on behalf of *(name of organization)*   CT Corporation System
818 W. 7th Street, Suite 200, Los Angeles, CA 920017    on *(date)*    06/06/2012 @ ~~for~~ 10:03 AM

☐ I returned the summons unexecuted because     ; or

☐ Other *(specify)*:


My fees are $        for travel and $        for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/13/2012

*Server's signature*

William Gomez, LA County Reg.#6985
*Printed name and title*

c/o Nationwide Legal LLC (LA6771)
110 West "C" Street, Suite 915
San Diego, CA 92101  (619) 232-7500
*Server's address*

Additional information regarding attempted service, etc:
Nationwide Ref.#4057632

# ATTACHMENT LIST OF DOCUMENTS

SACV12-874 JVS (MLSGx)
HILDEBRANDT, ET AL v. FIDELITY NATIONAL FINANCIAL, INC., ET AL
4057620

1. SUMMONS;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
5. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;
6. PLAINTIFFS' CERTIFICATE AND NOTICE OF INTERESTED PARTIES;
7. PLAINTIFFS' NOTICE OF RELATED CASE;
8. INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA