CHAPIN FITZGERALD
  SULLIVAN & BOTTINI LLP
EDWARD D. CHAPIN  (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI, JR.  (No. 175783)
(fbottini@cfsblaw.com)
550 West C Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

BERNSTEIN LITOWITZ
  BERGER & GROSSMANN LLP
BLAIR A. NICHOLAS  (No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (No. 211114)
(beng@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY MCTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*,<br><br>        Defendants. | **Case No.** SA 12-CV-874 DSF AGR<br><br>JUDGE DALE S. FISCHER<br><br><br>PROOF OF SERVICE<br><br><br>Complaint filed: June 1, 2012 |

PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 550 West C Street, Suite 2000, San Diego, California 92101.

On July 6, 2012, I served the following document(s):

1. Standing Order for Cases Assigned To Judge Dale S. Fischer;

2. Order Setting Scheduling Conference;

3. Notice to Counsel;

4. United States District Court Central District of California Civility and Professionalism Guidelines; and

5. Clerk's Office pamphlet re: Services for Attorneys and the General Public.

as follows:

**Attorneys for Defendants**
FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE COMPANY, CHICAGO TITLE COMPANY, TICOR TITLE COMPANY OF CALIFORNIA, LAWYERS TITLE COMPANY, FIDELITY NATIONAL DISCLOSURE SOURCE, LLC, and FIDELITY NATIONAL HOME WARRANTY COMPANY

Michael J. Gleason, Esq.
mgleason@hahnlaw.com
HAHN LOESER & PARKS, LLP
One American Plaza
600 West Broadway, Suite 1500
San Diego, California 92101

Mark E. Schiffman, Esq.
mark.schiffman@fnf.com
One American Plaza
600 West Broadway, Suite 1500
San Diego, California 92101

☐    **BY ELECTRONIC FILING.** I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities. Under said practice, the above-parties were served via CM/ECF.

☐    **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

☐    **BY E-MAIL.** I am familiar with this firm's practice of scanning and emailing documents through Outlook. I caused said document(s) to be transmitted electronically by email to the addressee(s) above.

☐    **BY FAX.** A copy of said document(s) were delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐    **BY PERSONAL SERVICE.** I caused said document(s) to be hand delivered to the addressee(s) pursuant to Code of Civil Procedure §1011.

☒    **BY OVERNIGHT DELIVERY.** I deposited said document(s) in a box or other facility regularly maintained by an express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on July 6, 2012, at San Diego, California.

By:  /s/ Francis A. Bottini, Jr.

        Francis A. Bottini, Jr.