**HAHN LOESER & PARKS LLP**
Michael J. Gleason (SBN 279434)
*mgleason@hahnlaw.com*
One America Plaza
600 West Broadway, Suite 1500
San Diego, CA 92101-3384
Telephone: 619.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
Derek E. Diaz (admitted *pro hac vice*)
*ddiaz@hahnlaw.com*
Kelly A. Kosek (admitted *pro hac vice*)
*kkosek@hahnlaw.com*
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co, Ticor Title Co. of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, Fidelity National Home Warranty Co.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY MCTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*, <br><br> Defendants. | Case No. SACV-12-00874 DSF (AGRx) <br><br> JUDGE DALE S. FISCHER <br><br> DECLARATION OF KATHY GABE <br><br> Complaint filed: June 1, 2012 |

DECLARATION OF KATHY GABE

I, Kathy Gabe, declare as follows:

1. I have been an Escrow Officer for fourteen years. Currently, I am Escrow Officer at Lawyers Title Insurance Company. Previously, I was an Escrow Officer for Southland Title Company ("Southland"). Southland is not associated with Lawyers Title Insurance Company.

2. I have personal knowledge regarding the facts set forth in this declaration. If called as a witness, I could and would testify as follows:

3. In February 2006, I was the Escrow Officer responsible for Scott and Justine Phillips's purchase of the home located at [Redacted] San Diego, California 92123.

4. In the Phillips' transaction, title insurance was ordered from Commonwealth Title Insurance Company ("Commonwealth").

5. I did not use TransactionPoint to order title insurance from Commonwealth. In fact, in 2006, I did not have access to TransactionPoint, nor did I know what TransactionPoint was.

6. I did not receive anything of value for the referral of this business to Commonwealth. To the best of my knowledge, Southland Title did not receive anything of value for the referral of this business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of July, 2012 at San Diego, California.

By: _____*Kathy G*_____
Kathy Gabe

2

DECLARATION OF KATHY GABE