**HAHN LOESER & PARKS LLP**
Michael J. Gleason (SBN 279434)
*mgleason@hahnlaw.com*
One America Plaza
600 West Broadway, Suite 1500
San Diego, CA 92101-3384
Telephone:  619.810.4300
Facsimile:  619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
Derek E. Diaz  (admitted *pro hac vice*)
*ddiaz@hahnlaw.com*
Kelly A. Kosek  (admitted *pro hac vice*)
*kkosek@hahnlaw.com*
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone:  216.621.0150
Facsimile:  216.241.2824

Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co, Ticor Title Co. of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, Fidelity National Home Warranty Co.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY MCTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*, <br><br> Defendants. | Case No. SACV-12-00874 DSF (AGRx) <br><br> JUDGE DALE S. FISCHER <br><br><br><br> DECLARATION OF CANDY CHURCH <br><br><br><br> Complaint filed:  June 1, 2012 |

DECLARATION OF CANDY CHURCH

1  I, Candy Church, declare as follows:

2  1.  Over the past 30 years, I have been a Title Officer in the title insurance industry. Currently, I am an Title Officer at Ticor Title Company. However, in 2006, I was an Title Officer for Commonwealth Title Insurance Company ("Commonwealth").

3  2.  I have personal knowledge regarding the facts set forth in this declaration. If called as a witness, I could and would testify as follows:

4  3.  In February 2006, I was the Title Officer responsible for Scott and Justine Phillips's title insurance related to the purchase of the home located at Redacted, San Diego, California 92123.

5  4.  In early 2006, Commonwealth received an order for a Homeowner's Title Insurance Policy and a Lender's Title Insurance Policy for the Redacted property from SouthLand Title Company ("SouthLand"). Commonwealth did not utilize TransactionPoint at that time and therefore the order was not processed through TransactionPoint.

6  5.  Commonwealth did not agree to give anything of value for the referral of this business.

7  6.  A true and correct copy of the Homeowner's Title Insurance Policy related to the Phillips' purchase of the Redacted property is attached as Exhibit A. This copy is a business record that was made at or near the time by—or from information transmitted by—someone with knowledge. This record was kept in the course of Commonwealth's regularly conducted business activity, and making this record is a regular practice of Commonwealth.

8  7.  A true and correct copy of the Escrow Ledger related to the Phillips' purchase of the Redacted property is attached as Exhibit B. This copy is a business record that was made at or near the time by—or from information transmitted by—someone with knowledge. This record was kept in the course of

2

DECLARATION OF CANDY CHURCH

Com monwealth's regularly conducted business activity, and making this record is a regular practice of Commonwealth.

8. Based on my personal knowledge, Commonwealth and SouthLand were the only entities that received a portion of the premiums for the title insurance policies from the Phillips transaction.

9. In exchange for the portions of the title insurance premiums it received, Commonwealth actually rendered services, including performing underwriting and assuming the risk of title the insurance policy.

10. In exchange for the portions of the title insurance premiums it received, SouthLand actually rendered services as well, including evaluating the title search to determine insurability, clearing the title requirements, issuing a title commitment, and issuing a final title insurance policy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of July, 2012 at San Diego, California.

By: _____
Candy Church