# EXHIBIT A

March 16, 2006

Justine Phillips and Scott Phillips
            Redacted
San Diego, CA 92123

YOUR REF:    **03715987-503**
OUR NO.:     **03715987**

Attached is your HOMEOWNERS policy of title insurance, per your instructions.



Commonwealth Land Title Company
3131 Camino del Rio N., #1400
San Diego, CA  92108

Phone:  (619) 686-6000

# PRIVACY POLICY NOTICE

Dear LandAmerica Customer:

The Financial Services Modernization Act, known as the Gramm-Leach-Bliley Act, requires us to explain to our customers the ways in which we collect and use customer information.

The statement attached to or on the reverse side of this letter is the privacy policy of the LandAmerica family of companies.  The three largest members of the family – Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance Company – may issue policies and handle real estate closings in virtually every part of the country.  Some companies in the family provide other real estate services, and some operate more locally. You may review a list of LandAmerica companies on our website (http://www.landam.com).  You may also visit our website for an explanation of our privacy practices relating to electronic communication.

Our concern with the protection of your information has been a part of our business since 1876, when the company that is now Commonwealth Land Title Insurance Company issued its first policy.  We will continue to protect the privacy, accuracy, and security of customer information given to us.

No response to this notice is required, but if you have questions, please write to us:

LandAmerica Privacy
P.O. Box 27567
Richmond, VA  23261-7567

Form 3391-6 (June, 2005)

# LANDAMERICA PRIVACY STATEMENT

This Privacy Statement applies to all of LandAmerica's customers, former customers and applicants. This Privacy Statement applies to the LandAmerica companies listed at the end of the Privacy Statement.

### *What kinds of information we collect.*

LandAmerica is a national financial services company providing title insurance and other real estate services to consumers. We collect the following types of information from you, from your lender, attorney, or real estate broker, or from other sources as listed below.

- We collect information about you from forms and applications for services, such as your name, address, telephone number;
- We collect information about your transaction, including information about the real property that you are buying or financing as well as copies of any deeds, notes or mortgages that are involved in the transaction.
- We obtain additional information about the property from the public records (such as information on existing liens or easements) as needed to provide title insurance or other services.
- If we are providing closing, escrow, or settlement services, mortgage lending, or mortgage loan servicing, we may also collect your social security number as well as additional information from third parties including property appraisals, credit reports, land surveys, escrow account balances, and sometimes bank account numbers to facilitate the transaction.
- We collect other information about your transactions and experiences as a customer of ours, such as products and services purchased and payments made.

### *How we use and disclose this information.*

We use your information to provide you with the services and insurance that you, your lender, attorney, or real estate brokers have requested and as permitted by law. We do not share any personal information with unrelated companies for their own use.

We do disclose information with our affiliates as well as with unrelated companies as needed to carry out and service your transaction, to protect against fraud or unauthorized transactions, for institutional risk control, and to provide information to government and law enforcement agencies.

We may also disclose all the information described above with other companies who perform marketing on our behalf or other financial service companies (such as insurance companies, banks, mortgage brokers, credit companies) with whom we have joint marketing arrangements. (California residents: we will not disclose your information to joint marketing partners without first providing you with an opportunity to opt-out.)

Additionally, some companies within the LandAmerica family may share information about their transaction and experiences with you in order to identify opportunities to market other LandAmerica products that may be useful to you. (California residents: we will not disclose your information among our affiliates for marketing purposes without first providing you with an opportunity to opt-out.) We do not share any information we obtain from third parties (including credit report information) except as needed to carry out your transaction or as permitted by law.

### *How we protect your information.*

We maintain administrative, physical, electronic, and procedural safeguards to guard your personal information. We reinforce our privacy policy with our employees and our contractors. Third parties who have access to personal information are required by contract to follow appropriate standards of security and confidentiality.

### *Title insurance agents that may be covered by this policy.*

Often, your transaction goes through a title insurance agent. If that is the case with your transaction, the agent handling your transaction should provide you with the agent's own privacy policy. Agents that are part of the LandAmerica family, however, are covered by this policy. Furthermore, agents that are not part of the LandAmerica family may specifically, in writing, adopt our policy statement. If you are unsure, you may wish to ask the agent you are dealing with for the agent's privacy policy.

If you have any questions about this privacy statement or our practices here at LandAmerica, please email us at customerservice@landam.com or write us at:

LandAmerica Privacy, P.O. Box 27567, Richmond, VA  23261-7567

We welcome the opportunity to discuss our practices with you and to resolve any concerns that you may have.

# LandAmerica Companies

***LandAmerica Insurance Companies***: Commonwealth Land Title Insurance Company, Commonwealth Land Title Insurance Company of New Jersey, Land Title Insurance Company, Lawyers Title Insurance Corporation, Title Insurance Company of America, Transnation Title Insurance Company, Transnation Title Insurance Company of New York

***LandAmerica Title Agents (wholly-owned)***: America Title Company of Livingston, APEX Title Insurance Corporation, Atlantic Title & Abstract Company, Austin Title Company, ATACO, Inc., Commonwealth Land Title Company, Commonwealth Land Title Company of Washington, Congress Abstract Corporation, Espanola Abstract Company, Inc., Gateway Title Company, Land Title Agency, Inc., LandAmerica Albuquerque Title Company, LandAmerica Alliance Company, LandAmerica Austin Title Company, LandAmerica Commercial Settlements, Inc., LandAmerica Capitol City Title Services, Inc., LandAmerica Commonwealth Land Title Company of Austin, Inc., LandAmerica Commonwealth Title of Dallas, Inc., LandAmerica Commonwealth of Forth Worth, Inc., LandAmerica Commonwealth of Houston, Inc., LandAmerica Lawyers Title of Amarillo, Inc., LandAmerica Lawyers Title of El Paso, Inc., LandAmerica Lawyers Title of Roswell, Inc., LandAmerica Lawyers Title of San Antonio, Inc., LandAmerica New Mexico Title Company, LandAmerica Partners Title Company, LandAmerica Texas OneStop, Inc., LandAmerica Texas Title Company, LandAmerica Valuation Corporation, LandAmerica Wilson Title Company, Lawyers Title Company, Lawyers Title of Arizona, Inc., Lawyers Title of Nevada, Inc., Lawyers Title Realty Services, Inc., Rainier Title Company, Rutherford County Title Insurance Co., Southland Title Corporation, Southland Title of Orange County, Southland Title Equities, Southland Title of San Diego, Title Guarantee & Trust Company, Title Transfer Services, Inc., Transnation Title & Escrow, Inc.

***LandAmerica Title Agents (partially owned)***: 8 Broad Street, LLC, A-Team Title Agency, LLC, ABC USA Title Agency, LLC, Arbor Land Abstract I, LLC, Accelerated Title Agency, LLC, Access Title Services, LLC, Accurate Transaction Services, LLC, Advantage Title, LLC, Affiliated Title, LLC, AgencyPartnersUSA, LLC, All Title Agency, LLC, Alliance Transaction Services, LLC, Allied Title Agency of Michigan, LLC, America Land Title Affiliates, LLC, America's Best Title Services, LLC, Bankers Alliance Title Agency, LLC, Barrister Title Agency of Ohio, LLC, Biltmore Abstract, LLC, Biltmore Abstract Limited Partnership, Blue Max Land & Title Agency, LLC, Columbus Title Company, LLC, CFS Title Insurance Agency, LLC, Celtic Title of Virginia, LLC, Charleston Title Agency, LLC, Charter Title/Sugarland, Ltd., Chatham Abstract, LLC, Chatham Settlement, LP, Closingguard, Inc., Commonwealth Land Title of Puget Sound, LLC, Cross Roads Title Services, LLC, DBC Title Agency, LLC, Destiny Title of Virginia, LLC, Dimension Title Agency, LLC, Echo Home Title Agency, LLC, F&T Title and Transaction Services, LLC, First Colorado Title Company, LLC, First Growth – Commonwealth Title Agency, LLC, FL/LT Title Agency, LLC, Founders Title Company, Four Seasons Title Agency Services, LLC, Four Star Title Agency, LLC, G.R. Title Agency, LLC, Global Title, LLC, Harbour Title Company, HEP Title Services, LLC, HL Title Agency, LLC, HomeSafe USA Title Agency, LLC, Integrity First Financial Services, LLC, Jones & Tatom Title & Trust, LLC, Kitsap County Title Agency, LLC, Lakeshore Title Services Agency, LLC, Land Title Associates, LLC, Lawyers Title Agency of Arizona, LLC, Lawyers Title Agency of the Emerald Coast, Inc., Lawyers Title Settlement Company, LLC, Liberty Title Investors Group, Inc., Lion Abstract, LLC, Lion Abstract Limited Partnership, Livingston Title Agency, LLC, Longworth Insured Title Agency, LLC, LT of Southern Virginia, LLC, LF-CFS, LLC, M&M Title Services of Florida, LLC, M and M Title Services, LLC, M/I Title Agency Ltd., Magellan Transaction Services, LLC, Manor Title , LLC, Metropolitan Title and Escrow Company, LLC, Merrill Title Company, LLC, New Mexico Title Company – Albuquerque, LLC, New Mexico Title Company – Barbara Loop, LLC, North Central Title Agency, LLC, Northern Title Agency of Ohio, LLC, Professional Title Services Agency, LLC, Portland Land Title Agency, Premier Choice Transaction Services, LLC, Premier Title Affiliates, LLC, Prestige Title Agency, LLC, PRO USA Title Agency, LLC Quick Close Title Agency, LLC, RE/Affirm Title Agency, LLC, Residential Title Agency, LLC, Residential Title of Grand Rapids, LLC, River City Title Agency, LLC, Scioto Land Title, LLC, Secura Transaction Services, LLC, shipbuilders Title, LLC, Shoreline Title Agency, LL, Sibcy Cline Title Agency, LLC, Southern Escrow and Title, LLC, SSL Title Agency, LLC, Suburban Title Services, LLC, TCH Title, LLC, Teamwork Tile of Virginia, LLC, Title Affiliates of Central Florida, LLC, Title Affiliates of Clearwater, LLC, Title Affiliates of Florida, LLC, Title Affiliates of Four Corners, LLC, Title Affiliates of Graham Group, LLC, Title Affiliates of Greater Kissimmee, LLC, Title Affiliates of the Gulf Coast, LLC, Title Affiliates of Indian River, LLC, Title Affiliates of Lansing, LLC, Title Affiliates of Naples, LLC, Title Affiliates of Orlando, LLC, Title Affiliates of Orlando South, LLC, Title Affiliates of Osceola, LLC, Title Affiliates of PHL, LLC, Title Affiliates of Polk County, LLC, Title Affiliates of South Florida, LLC, Title Affiliates of Southwest Florida, LLC, Title Affiliates of Sundance, LLC, Title Affiliates of Tampa Bay, LLC, Title Affiliates of the Platinum Coast, LLC, Title Affiliates of the Super Agent Team, LLC, Title Affiliates of West Central Florida, LLC, Title Affiliates of Winter Park & Orlando, LLC, Titleworks Title Agency, LLC, Total Title Agency, LLC, TransOhio Residential Title Agency, Ltd, Tri-City Title Agency, LLC, Tri-County Title Agency-Michigan, LLC, Trident Abstract Title Agency, LLC, Trinity Title Insurance Agency, Inc., University Title Services, LLC, US Financial Services, LLC, VA Affordable Housing Title Agency, LLC, VIP Title Agency, LLC, West End Title Agency, LLC, Wilson Title Insurance & Escrow Services, LLC

***Inspections, Appraisals, Mortgage Servicing, and Ancillary Services***: 3 Arch Financial Services Corporation, 3 Arch Trustee Services, Inc., All Counties Courier, Inc, Award, Inc., Builders Disbursement Services, Building Exchange Company, Buyers Home Warranty, Buyers Real Estate Services, Inc., Cancellation Services, Inc., Centennial Bank, Channel Islands Escrow, Inc., Credit Resources, Inc., County Title Holding, Corp., Docusign, Inc., Escrow Support Network, Far West Credit, Inc., G & S Reconveyance Company, Geodata Research Systems, Inc., Global Corporate Services, Inc., LandAm Construction Exchange Company, LandAmerica Account Servicing, Inc., LandAmerica Default Services, Inc., LandAmerica (Europe) SARL, LandAmerica Exchange Company, LandAmerica OneStop, Inc., LandAmerica Property Inspection Services, Inc., LandAmerica Tax and Flood Services, Inc., LandCanada Limited, LoanCare Servicing Center, Inc., Orange County Bancorp, Performance Tax Services, Inc., Portland Financial Services Corporation, Stoneridge Escrow Corporation.

# HOMEOWNER'S POLICY OF TITLE INSURANCE ONE-TO-FOUR FAMILY RESIDENCE

Issued by **Commonwealth Land Title Insurance Company**



Commonwealth Land Title Insurance Company is a member of the LandAmerica family of title insurance underwriters.

**POLICY NUMBER
03715987**

## OWNER'S INFORMATION SHEET

Your Title Insurance Policy is a legal contract between You and Us.

It applies only to a one-to-four family residence and only if each insured named in Schedule A is a Natural Person. If the Land described in Schedule A of the Policy is not an improved residential lot on which there is located a one-to-four family residence, or if each insured named in Schedule A is not a Natural Person, contact Us immediately.

The Policy insures You against actual loss resulting from certain Covered Risks. These Covered Risks are listed beginning on page 2 of the Policy. The Policy is limited by:

* Provisions of Schedule A
* Exceptions in Schedule B
* Our Duty To Defend Against Legal Actions on page 2
* Exclusions on page 3
* Conditions on pages 3 and 4.

You should keep the Policy even if You transfer Your Title to the Land.

If You want to make a claim, see paragraph 3 under Conditions on page 3.

You do not owe any more premiums for the Policy.

This sheet is not Your insurance Policy. It is only a brief outline of some of the important Policy features. The Policy explains in detail Your rights and obligations and Our rights and obligations. Since the Policy – and not this sheet – is the legal document,

**YOU SHOULD READ THE POLICY VERY CAREFULLY.**

If You have any questions about Your Policy, contact:
Consumer Affairs Department
Commonwealth Land Title Insurance Company
P.O. Box 27567
Richmond, Virginia  23261-7567

## TABLE OF CONTENTS

| | Page |
|---|---|
| OWNER'S COVERAGE STATEMENT | 2 |
| COVERED RISKS | 2 |
| OUR DUTY TO DEFEND AGAINST LEGAL ACTIONS | 2 |
| SCHEDULE A | Insert |
|   Policy Number, Premium, Date and Amount | |
|   Deductible Amounts and Maximum Dollar Limits of Liability | |
|   Street Address of the Land | |
|   1.  Name of Insured | |
|   2.  Interest in Land Covered | |
|   3.  Description of the Land | |
| SCHEDULE B – EXCEPTIONS | Insert |
| EXCLUSIONS | 3 |

Form 3391-6 (June, 2005)

Page 3 of 3

ALTA Homeowner's Policy of Title Insurance (10/22/03)
**Form 1086-200Z**

CONDITIONS                                            3
   1.    Definitions                              3
   2.    Continuation of Coverage                 3
   3.    How to Make a Claim                      3
   4.    Our Choices When We Learn of a Claim     3
   5.    Handling a Claim or Legal Action         4
   6.    Limitation of Our Liability              4
   7.    Transfer of Your Rights to Us            4
   8.    Entire Contract                          4
   9.    Increased Policy Amount                  4
  10.    Severability                             4
  11.    Arbitration                              4

**COMMONWEALTH LAND TITLE INSURANCE COMPANY**

By: _Theodore L Chandler_

President

Attest:

Secretary

## OWNER'S COVERAGE STATEMENT

This Policy insures You against actual loss, including any costs, attorneys' fees and expenses provided under this Policy, resulting from the Covered Risks set forth below, if the Land is an improved residential lot on which there is located a one-to-four family residence and each insured named in Schedule A is a Natural Person.

Your insurance is effective on the Policy Date. This Policy covers Your actual loss from any risk described under Covered Risks if the event creating the risk exists on the Policy Date or, to the extent expressly stated, after the Policy Date.

Your insurance is limited by all of the following:

- The Policy Amount shown in Schedule A
- For Covered Risk 14, 15, 16, and 18, Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A
- Exceptions in Schedule B
- Our Duty To Defend Against Legal Actions
- Exclusions on page 3
- Conditions on pages 3 and 4.

## COVERED RISKS

The Covered Risks are:

1. Someone else owns an interest in Your Title.
2. Someone else has rights affecting Your Title arising out of leases, contracts, or options.
3. Someone else claims to have rights affecting Your Title arising out of forgery or impersonation.
4. Someone else has an easement on the Land.
5. Someone else has a right to limit Your use of the Land.
6. Your Title is defective.
7. Any of Covered Risks 1 through 6 occurring after the Policy Date.
8. Someone else has a lien on Your Title, including a:
   a. Mortgage;
   b. judgment, state or federal tax lien, or special assessment;
   c. charge by a homeowner's or condominium association; or
   d. lien, occurring before or after the Policy Date, for labor and material furnished before the Policy Date.
9. Someone else has an encumbrance on Your Title.
10. Someone else claims to have rights affecting Your Title arising out of fraud, duress, incompetency or incapacity.
11. You do not have both actual vehicular and pedestrian access to and from the Land, based upon a legal right.
12. You are forced to correct or remove an existing violation of any covenant, condition or restriction affecting the Land, even if the covenant, condition or restriction is excepted in Schedule B. However, You are not covered for any violation that relates to any obligation to perform maintenance or repair on the Land, or relates to environmental protection of any kind or nature, including hazardous or toxic conditions or substances, unless notice of the violation is recorded in the Public Records.
13. Your Title is lost or taken because of a violation of any covenant, condition or restriction, which occurred before You acquired Your Title, even if the covenant, condition or restriction is excepted in Schedule B.
14. Because of an existing violation of a subdivision law or regulation affecting the Land:
    a. You are unable to obtain a building permit;
    b. You are forced to correct or remove the violation; or
    c. someone else has a legal right to, and does, refuse to perform a contract to purchase the Land, lease it or make a Mortgage loan on it.
    The amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
15. You are forced to remove or remedy Your existing structures, or any part of them - other than boundary walls or fences - because any portion was built without obtaining a building permit from the proper government office. The amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
16. You are forced to remove or remedy Your existing structures, or any part of them, because they violate an existing zoning law or zoning regulation. If You are required to remedy any portion of Your existing structures, the amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
17. You cannot use the Land because use as a single-family residence violates an existing zoning law or zoning regulation.
18. You are forced to remove Your existing structures because they encroach onto Your neighbor's Land. If the encroaching structures are boundary walls or fences, the amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
19. Someone else has a legal right to, and does, refuse to perform a contract to purchase the Land, lease it or make a Mortgage loan on it because Your neighbor's existing structures encroach onto the Land.
20. You are forced to remove Your existing structures because they encroach onto an easement or over a building set-back line, even if the easement or building set-back line is excepted in Schedule B.
21. Your existing structures are damaged because of the exercise of a right to maintain or use any easement affecting the Land, even if the easement is excepted in Schedule B.
22. Your existing improvements (or a replacement or modification made to them after the Policy Date), including lawns, shrubbery or trees, are damaged because of the future exercise of a right to use the surface of the Land for the extraction or development of minerals, water or any other substance, even if those rights are excepted or reserved from the description of the Land or excepted in Schedule B.
23. Someone else tries to enforce a discriminatory covenant, condition or restriction that they claim affects Your Title which is based upon race, color, religion, sex, handicap, familial status, or national origin.
24. A taxing authority assesses supplemental real estate taxes not previously assessed against the Land for any period before the Policy Date because of construction or a change of ownership or use that occurred before the Policy Date.
25. Your neighbor builds any structures after the Policy Date -- other than boundary walls or fences -- which encroach onto the Land.
26. Your Title is unmarketable, which allows someone else to refuse to perform a contract to purchase the Land, lease it or make a Mortgage loan on it.
27. A document upon which Your Title is based is invalid because it was not properly signed, sealed, acknowledged, delivered or recorded.
28. The residence with the address shown in Schedule A is not located on the Land at the Policy Date.
29. The map, if any, attached to this Policy does not show the correct location of the Land according to the Public Records.

### Our Duty To Defend Against Legal Actions

We will defend Your Title in any legal action only as to that part of the action which is based on a Covered Risk and which is not excepted or excluded from coverage in this Policy. We will pay the costs, attorneys' fees, and expenses We incur in that defense.

We will not pay for any part of the legal action which is not based on a Covered Risk or which is excepted or excluded from coverage in this Policy.

We can end Our duty to defend Your Title under paragraph 4 of the Conditions.

### This Policy is not complete without Schedules A and B.

## EXCLUSIONS

In addition to the Exceptions in Schedule B, You are not insured against loss, costs, attorneys' fees, and expenses resulting from:

1. Governmental police power, and the existence or violation of any law or government regulation. This includes ordinances, laws and regulations concerning:
   a. building
   b. zoning
   c. Land use
   d. improvements on the Land
   e. Land division
   f. environmental protection
   This Exclusion does not apply to violations or the enforcement of these matters if notice of the violation or enforcement appears in the Public Records at the Policy Date.
   This Exclusion does not limit the coverage described in Covered Risk 14, 15, 16, 17 or 24.

2. The failure of Your existing structures, or any part of them, to be constructed in accordance with applicable building codes. This Exclusion does not apply to violations of building codes if notice of the violation appears in the Public Records at the Policy Date.

3. The right to take the Land by condemning it, unless:
   a. a notice of exercising the right appears in the Public Records at the Policy Date; or
   b. the taking happened before the Policy Date and is binding on You if You bought the Land without Knowing of the taking.

4. Risks:
   a. that are created, allowed, or agreed to by You, whether or not they appear in the Public Records;
   b. that are Known to You at the Policy Date, but not to Us, unless they appeared in the Public Records at the Policy Date;
   c. that result in no loss to You; or
   d. that first occur after the Policy Date - this does not limit the coverage described in Covered Risk 7, 8.d, 22, 23, 24 or 25.

5. Failure to pay value for Your Title.

6. Lack of a right:
   a. to any Land outside the area specifically described and referred to in paragraph 3 of Schedule A; and
   b. in streets, alleys, or waterways that touch the Land.
   This Exclusion does not limit the coverage described in Covered Risk 11 or 18.

## CONDITIONS

### 1. DEFINITIONS.
a. Easement - the right of someone else to use the Land for a special purpose.
b. Known - things about which You have actual knowledge. The words "Know" and "Knowing" have the same meaning as Known.
c. Land - the Land or condominium unit described in paragraph 3 of Schedule A and any improvements on the Land which are real property.
d. Mortgage - a mortgage, deed of trust, trust deed or other security instrument.
e. Natural Person - a human being, not a commercial or legal organization or entity. Natural Person includes a trustee of a Trust even if the trustee is not a human being.
f. Policy Date - the date and time shown in Schedule A. If the insured named in Schedule A first acquires the interest shown in Schedule A by an instrument recorded in the Public Records later than the date and time shown in Schedule A, the Policy Date is the date and time the instrument is recorded.
g. Public Records - records that give constructive notice of matters affecting Your Title, according to the state statutes where the Land is located.
h. Title - the ownership of Your interest in the Land, as shown in Schedule A.
i. Trust - a living trust established by a human being for estate planning.
j. We/Our/Us – Commonwealth Land Title Insurance Company.
k. You/Your - the insured named in Schedule A and also those identified in paragraph 2.b. of these Conditions.

### 2. CONTINUATION OF COVERAGE.
a. This Policy insures You forever, even after You no longer have Your Title. You cannot assign this Policy to anyone else.
b. This Policy also insures:
   (1) anyone who inherits Your Title because of Your death;
   (2) Your spouse who receives Your Title because of dissolution of Your marriage;
   (3) the trustee or successor trustee of a Trust to whom You transfer Your Title after Your death; or
   (4) the beneficiaries of Your Trust upon Your death.
c. We may assert against the insureds identified in paragraph 2.b. any rights and defenses that We have against any previous insured under this Policy.

### 3. HOW TO MAKE A CLAIM.
a. Prompt Notice Of Your Claim
   (1) As soon as You Know of anything that might be covered by this Policy, You must notify Us promptly in writing.
   (2) Send Your notice to Commonwealth Land Title Insurance Company, 101 Gateway Centre Parkway, Gateway One, Richmond, Virginia 23235-5153, Attention: Claims Department. Please include the Policy number shown in Schedule A, and the county and state where the Land is located. Please enclose a copy of Your Policy, if available.
   (3) If You do not give Us prompt notice, Your coverage will be reduced or ended, but only to the extent Your failure affects Our ability to resolve the claim or defend You.

b. Proof Of Your Loss
   (1) We may require You to give Us a written statement signed by You describing Your loss which includes:
      (a) the basis of Your claim;
      (b) the Covered Risks which resulted in Your loss;
      (c) the dollar amount of Your loss; and
      (d) the method You used to compute the amount of Your loss.
   (2) We may require You to make available to Us records, checks, letters, contracts, insurance policies and other papers which relate to Your claim. We may make copies of these papers.
   (3) We may require You to answer questions about Your claim under oath.
   (4) If You fail or refuse to give Us a statement of loss, answer Our questions under oath, or make available to Us the papers We request, Your coverage will be reduced or ended, but only to the extent Your failure or refusal affects Our ability to resolve the claim or defend You.

### 4. OUR CHOICES WHEN WE LEARN OF A CLAIM.
a. After We receive Your notice, or otherwise learn, of a claim that is covered by this Policy, Our choices include one or more of the following:
   (1) Pay the claim.
   (2) Negotiate a settlement.
   (3) Bring or defend a legal action related to the claim.
   (4) Pay You the amount required by this Policy.
   (5) End the coverage of this Policy for the claim by paying You Your actual loss resulting from the Covered Risk, and those costs, attorneys' fees and expenses incurred up to that time which We are obligated to pay.
   (6) End the coverage described in Covered Risk 14, 15, 16 or 18 by paying You the amount of Your insurance then in force for the particular Covered Risk, and those costs, attorneys' fees and expenses incurred up to that time which We are obligated to pay.
   (7) End all coverage of this Policy by paying You the Policy Amount then in force, and all those costs, attorneys' fees and expenses incurred up to that time which We are obligated to pay.
   (8) Take other appropriate action.
b. When We choose the options in paragraphs 4.a. (5), (6) or (7), all Our obligations for the claim end, including Our obligation to defend, or continue to defend, any legal action.
c. Even if We do not think that the Policy covers the claim, We may choose one or more of the options above. By doing so, We do not give up any rights.

### 5. HANDLING A CLAIM OR LEGAL ACTION.
a. You must cooperate with Us in handling any claim or legal action and give Us all relevant information.
b. If You fail or refuse to cooperate with Us, Your coverage will be reduced or ended, but only to the extent Your failure or refusal affects Our ability to resolve the claim or defend You.
c. We are required to repay You only for those settlement costs, attorneys' fees and expenses that We approve in advance.
d. We have the right to choose the attorney when We bring or defend a legal action on Your behalf. We can appeal any decision to the highest level. We do not have to pay Your claim until the legal action is finally decided.

e. Whether or not We agree there is coverage, We can bring or defend a legal action, or take other appropriate action under this Policy. By doing so, We do not give up any rights.

**6. LIMITATION OF OUR LIABILITY.**

a. After subtracting Your Deductible Amount if it applies, We will pay no more than the least of:
(1) Your actual loss;
(2) Our Maximum Dollar Limit of Liability then in force for the particular Covered Risk, for claims covered only under Covered Risk 14, 15, 16 or 18; or
(3) the Policy Amount then in force;
and any costs, attorneys' fees and expenses which We are obligated to pay under this Policy.

b. (1) If We remove the cause of the claim with reasonable diligence after receiving notice of it, all Our obligations for the claim end, including any obligation for loss You had while We were removing the cause of the claim.
(2) Regardless of 6.b. (1) above, if You cannot use the Land because of a claim covered by this Policy:
(a) You may rent a reasonably equivalent substitute residence and We will repay You for the actual rent You pay, until the earlier of:
(1) the cause of the claim is removed; or
(2) We pay You the amount required by this Policy. If Your claim is covered only under Covered Risk 14, 15, 16 or 18, that payment is the amount of Your insurance then in force for the particular Covered Risk.
(b) We will pay reasonable costs You pay to relocate any personal property You have the right to remove from the Land, including transportation of that personal property for up to twenty-five (25) miles from the Land, and repair of any damage to that personal property because of the relocation. The amount We will pay You under this paragraph is limited to the value of the personal property before You relocate it.

c. All payments We make under this Policy reduce the Policy Amount, except for costs, attorneys' fees and expenses. All payments we make for claims which are covered only under Covered Risk 14, 15, 16 or 18 also reduce Our Maximum Dollar Limit of Liability for the particular Covered Risk, except for costs, attorneys' fees and expenses.

d. If We issue, or have issued, a Policy to the owner of a Mortgage on Your Title and We have not given You any coverage against the Mortgage, then:
(1) We have the right to pay any amount due You under this Policy to the owner of the Mortgage to reduce the amount of the Mortgage, and any amount paid shall be treated as a payment to You under this Policy, including under paragraph 4.a. of these Conditions;
(2) Any amount paid to the owner of the Mortgage shall be subtracted from the Policy Amount of this Policy; and
(3) If Your claim is covered only under Covered Risk 14, 15, 16 or 18, any amount paid to the owner of the Mortgage shall also be subtracted from Our Maximum Dollar Limit of Liability for the particular Covered Risk.

e. If You do anything to affect any right of recovery You may have against someone else, We can subtract from Our liability the amount by which You reduced the value of that right.

**7. TRANSFER OF YOUR RIGHTS TO US.**

a. When We settle Your claim, We have all the rights You have against any person or property related to the claim. You must transfer these rights to Us when We ask, and You must not do anything to affect these rights. You must let Us use Your name in enforcing these rights.

b. We will not be liable to You if We do not pursue these rights or if We do not recover any amount that might be recoverable.

c. We will pay any money We collect from enforcing these rights in the following order:
(1) to Us for the costs, attorneys' fees and expenses We paid to enforce these rights;
(2) to You for Your loss that You have not already collected;
(3) to Us for any money We paid out under this Policy on account of Your claim; and
(4) to You whatever is left.

d. If You have rights under contracts (such as indemnities, guaranties, bonds or other policies of insurance) to recover all or part of Your loss, then We have all of those rights, even if those contracts provide that those obligated have all of Your rights under this Policy.

**8. ENTIRE CONTRACT.**

This Policy, with any endorsements, is the entire contract between You and Us. To determine the meaning of any part of this Policy, You must read the entire Policy. Any changes to this Policy must be agreed to in writing by Us. Any claim You make against Us must be made under this Policy and is subject to its terms.

**9. INCREASED POLICY AMOUNT.**

The Policy Amount will increase by ten percent (10%) of the Policy Amount shown in Schedule A each year for the first five years following the Policy Date shown in Schedule A, up to one hundred fifty percent (150%) of the Policy Amount shown in Schedule A. The increase each year will happen on the anniversary of the Policy Date shown in Schedule A.

**10. SEVERABILITY.**

If any part of this Policy is held to be legally unenforceable, both You and We can still enforce the rest of this Policy.

**11. ARBITRATION.**

a. If permitted in the state where the Land is located You or We may demand arbitration.
b. The arbitration shall be binding on both You and Us. The arbitration shall decide any matter in dispute between You and Us.
c. The arbitration award may be entered as a judgment in the proper court.
d. The arbitration shall be under the Title Insurance Arbitration Rules of the American Arbitration Association. You may choose current Rules or Rules in existence on Policy Date.
e. The law used in the arbitration is the law of the place where the Land is located.
f. You can get a copy of the Rules from Us.

---

# THANK YOU.

Title insurance provides for the protection of your real estate investment. We suggest you keep this policy in a safe place where it can be readily available for future reference.

If you have questions about title insurance or the coverage provided by this policy, contact the office that issued this policy, or you may call or write:

Commonwealth Land Title Insurance Company
Consumer Affairs
P.O. Box 27567
Richmond, Virginia 23261-7567
*telephone, toll free:* 800 446-7086
*web:* www.landam.com

We thank you for choosing to do business with Commonwealth Land Title Insurance Company, and look forward to meeting your future title insurance needs.

**Commonwealth Land Title Insurance Company**
is a member of the LandAmerica family of title insurance underwriters.


LandAmerica
Commonwealth

B 1086-200Z

**File/Order No.: 03715987**

# CLTA HOMEOWNER'S POLICY OF TITLE INSURANCE

ISSUED BY

## Commonwealth Land Title Insurance Company
## SCHEDULE A

| POLICY AMOUNT | PREMIUM | DATE AND TIME OF POLICY |
|---|---|---|
| **$485,000.00** | **$1,448.00** | **February 22, 2006 at 2:06 P.M.** |

Deductible Amounts and Maximum Dollar Limits of Liability for Covered Risk 14, 15, 16 & 18:

|  | Your Deductible Amount | Our Maximum Dollar Limit of Liability |
|---|---|---|
| Covered Risk 14: | 1% of Policy Amount or $2,500.00 (whichever is less) | $10,000.00 |
| Covered Risk 15: | 1% of Policy Amount or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 16: | 1% of Policy Amount or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 18: | 1% of Policy Amount or $2,500.00 (whichever is less) | $5,000.00 |

Street address of the land:      Redacted      San Diego, CA

1. NAME OF INSURED:

   **Justine Phillips and Scott Phillips**

2. YOUR INTEREST IN THE LAND COVERED BY THIS POLICY IS:

   **A FEE**

3. THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE COUNTY OF **San Diego**, STATE OF **California**, AND IS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

by: *Theodore L Chandler h*
_____
Authorized Signatory

Page 1

File/Order No.: 03715987

EXHIBIT "A"

All that certain real property situated in the County of San Diego, State of California, described as follows:

Lot 124 of Mission Village Unit No. 2, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 3581, filed in the Office of the County Recorder of San Diego County, January 18, 1957.

Page 2

File/Order No.: 03715987

## SCHEDULE B
## EXCEPTIONS FROM COVERAGE

IN ADDITION TO THE EXCLUSIONS, YOU ARE NOT INSURED AGAINST LOSS, COSTS, ATTORNEY'S FEES AND EXPENSES RESULTING FROM:

1. An easement for the purposes shown below and rights incidental thereto as shown or as offered for dedication on the recorded map shown below.

    Map:                    3581
    Easement purpose:       Sewer, water, drainage and public utilities
    Affects:                As shown on said map

2. Covenants, conditions and restrictions as set forth in the document
    Recorded:               January 23, 1957 in Book 6430, Page 326 of Official Records

    This exception omits any covenant, condition or restriction based on race, color, religion, sex, handicap, familial status or national origin, unless and only to the extent that the covenant, condition or restriction (a) is not in violation of state or federal law, (b) is exempt under 42 U.S.C. Section 3607 or (c) relates to a handicap but does not discriminate against handicapped people.

3. An easement for the purpose shown below and rights incidental thereto as set forth in a document
    Granted to:             The Pacific Telephone and Telegraph Company
    Purpose:                public utilities, ingress and egress
    Recorded:               March 13, 1957 in Book 6493, Page 356 of Official Records
    Affects:                said land more particularly described therein.

4. Resolution No. R-298914, a Resolution establishing Underground Utility Districts financed through the City of San Diego Undergrounding Surcharge Fund, recorded March 18, 2004 as File No. 2004-0222301 of Official Records.

5. A deed of trust to secure an indebtedness in the amount shown below, and any other obligations secured thereby.
    Amount:                 $435,000.00
    Dated:                  February 15, 2006
    Trustor:                Justine Phillips and Scott Phillips, wife and husband, as joint tenants
    Trustee:                T.D. Service Company, a California Corporation
    Beneficiary:            Mission Federal Credit Union, a Corporation
    Loan No.:               Phillips
    Recorded:               February 22, 2006 as Instrument No. 2006-0124005, Official Records

### END OF SCHEDULE B

Endorsements: NONE

CLTA Homeowner's Policy of Title Insurance (6/2/98)
ALTA Homeowner's Policy of Title Insurance (10/17/98)



# EXHIBIT B

# Commonwealth Land Title Company
## Commonwealth Land Title Southern California
## Escrow Ledger Listing

Print Date - Time: 06/15/2012 - 12:47:15PM

Page: 1

User: J28

| File Information | | Ledger Totals | |
|---|---|---|---|
| Escrow Number: | 03715987 | Posted Balance: | 0.00 |
| Escrow Officer: | CC - Candy Church | Receipts In Process: | 0.00 |
| Branch: | 499 - Mission Valley Main (Unit #12499) | Disbursements In Process: | 0.00 |
| Bank: | 02-Union Bank (San Diego) | Receipts On Hold: | 0.00 |
| Account Number: | 9100821688 | Available Balance: | $0.00 |
| Seller / Buyer: | McFarland/Phillips | | |
| Property Address: | Redacted | Savings Balance: | $0.00 |
| | San Diego, CA | | |

### Posted Items

| Date | Src | By | Payor/Payee/Memo | Type | Number | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/22/2006 | R 02 | PF2 | Mission Federal Credit Union | WIN | 382672 | 433,728.36 | 0.00 | 433,728.36 |
| 02/23/2006 | R 02 | TZ1 | Transfer to SD022306 | TRF | 382863 | (2,666.50) | 0.00 | 431,061.86 |
| 02/23/2006 | W 02 | MC8 | NATIONAL CITY MORTGAGE CO. | | 255467 | 0.00 | (177,546.59) | 253,515.27 |
| 02/23/2006 | W 02 | MC8 | MORTGAGE SERVICE CENTER | | 255468 | 0.00 | (49,150.40) | 204,364.87 |
| 02/23/2006 | W 02 | MC8 | SOUTHLAND TITLE COMPANY | | 255469 | 0.00 | (204,364.87) | 0.00 |

| | Posted Balance: | $0.00 |
|---|---|---|

escldg.rpt (12/16/2010)