Michael J. Gleason, SBN 279343
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

[Additional Counsel Appear in Signature Block]

Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Co. of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Co.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY MCTAGGART, and WILLIAM C. HADDON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>    v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al.*<br><br>    Defendants. | No. SACV-12-00874 DSF (AGRx)<br><br>JUDGE DALE S. FISCHER<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CONSPIRACY ALLEGATIONS**<br><br>Hearing Date: September 24, 2012<br>Hearing Time: 1:30 p.m. |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on September 24, 2012, at 1:30 p.m., or soon thereafter as this matter may be heard in the above-entitled case, the Court located at the United States District Court, Central District of California, 255 East Temple Street, Los Angeles, California 90012, Courtroom 840, all Defendants will move this Court to dismiss the allegations in the Complaint relating to conspiracy, aiding and abetting, and concerted action.  [Complaint ¶¶ 65-75.]

This motion is based upon the following documents: declarations of Billy Jensen, Joseph Caltabellotta, Steve Murnin, Candy Church, and Kathy Gabe (including exhibits), as well as the complete files and records in this action, and upon such oral and documentary evidence as allowed at the hearing of this motion.

This motion is made following efforts of Defendant's counsel to conduct a conference of counsel pursuant to L.R. 7-3, which occurred on July 20, 2012.

| | | |
|---|---|---|
| 1 | Date: July 27, 2012 | RESPECTFULLY SUBMITTED, |

/s/ *Michael J. Gleason*
Michael J. Gleason, SBN 279343
*mgleason@hahnlaw.com*
HAHN LOESER & PARKS LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301

Steven A. Goldfarb (admitted *pro hac vice*)
*sagoldfarb@hahnlaw.com*
Derek E. Diaz (admitted *pro hac vice*)
*ddiaz@hahnlaw.com*
Kelly A. Kosek (admitted *pro hac vice*)
*kkosek@hahnlaw.com*
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216.621.0150
Facsimile: 216.241.2824

Mark E. Schiffman, SBN 62654
*Mark.Schiffman@fnf.com*
FIDELITY NATIONAL LAW GROUP
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301

James A. Moss, SBN 84441
*James.Moss@fnf.com*
FIDELITY NATIONAL LAW GROUP
915 Wilshire Boulevard, Suite 2100
Los Angeles, California 90017
Telephone: 213.438.4418
Facsimile: 213.438.4417

Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Co. of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Co.

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of the filing to:

Edward D. Chapin, Esq.
Francis A. Bottini, Esq.
Jill M. Sullivan, Esq.
Jennifer M. Chapman, Esq.
CHAPIN, FITZGERALD, SULLIVAN & BOTTINI LLP
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone: 619.241.4810
Facsimile: 619.955.5318

Blair A. Nicholas, Esq.
Benjamin Galdston, Esq.
David Kaplan, Esq.
Laurence Reza Wrathall, Esq.
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN LLP
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

Attorneys for Plaintiff and the Putative Classes

Date: July 27, 2012           /s/ *Michael J. Gleason*
                              Michael J. Gleason,
                              Attorney for Defendants