Name & Address:
Francis A. Bottini, Jr. (SB: 175783)
Chapin Fitzgerald & Bottini LLP
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: (619) 241-4810
Facsimile: (619) 955-5318

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthias Hildebrandt, et al, <br><br> PLAINTIFF(S) <br> v. <br> Fidelity National Financial, Inc., et al, <br><br> DEFENDANT(S). | CASE NUMBER <br> SACV 12-00874 DSF (AGRx) <br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, Francis A. Bottini, Jr. , 175783 , fbottini@cfsblaw.com
   *Name*                  *CA Bar ID Number*      *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Plaintiffs, Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ TO UPDATE NAME OR FIRM INFORMATION:
  ☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
       PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to _____
  New Firm/Government Agency Name  Chapin Fitzgerald & Bottini LLP
  New Address _____
  New Telephone Number _____   New Facsimile Number _____
  New E-mail address  fbottini@cfblawfirm.com

☐ TO BE ADDED AS COUNSEL OF RECORD:   CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE , G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

    ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** **This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01 ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: 8/10/12 _____

s/ Francis A. Bottini, Jr. _____
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**