BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON   (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN   (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN  (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI  (No. 175783)
(fbottini@cfsblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

*Attorneys for Plaintiff's and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation; CHICAGO TITLE COMPANY, a California corporation; TICOR TITLE COMPANY OF CALIFORNIA, a California corporation; LAWYERS TITLE | Case No. CV 12-00874 DSF (AGRx)<br><br>**JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO DISMISS**<br>**[ECF Nos. 30, 33, 37]**<br><br>Judge:       Hon. Dale S. Fischer<br>Courtroom:  840 |

COMPANY, a California corporation; FIDELITY NATIONAL DISCLOSURE SOURCE, LLC, a Delaware corporation; FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation; and DOES 1-100, inclusive,

Defendants.

This Stipulation is entered into by and between Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon (collectively, "Plaintiffs") and Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Commonwealth Land Title Company, Chicago Title Company, Ticor Title Company of California, Lawyers Title Company, Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Company (collectively, "Defendants"):

WHEREAS, the Complaint was filed on June 1, 2012 [ECF No. 1];

WHEREAS, on June 18, 2012, the parties stipulated to extend the time for Defendants to move, answer, or otherwise respond to the Complaint until July 27, 2012 (the "Initial Stipulation").

WHEREAS, on July 27, 2012, Defendants collectively filed three motions to dismiss certain claims asserted in the Complaint: (1) a Motion to Dismiss Claims of Plaintiffs Matthias Hildebrandt, William Haddon, and Dorsey McTaggart [ECF No. 30]; (2) a Motion to Dismiss Claims of Plaintiff Phillips [ECF Nos. 33]; and (3) a Motion to Dismiss Conspiracy Allegations [ECF No. 37] (collectively, the "Motions to Dismiss").  Defendants set the hearing on the Motions to Dismiss to take place on September 24, 2012, at 1:30 p.m.;

WHEREAS, pursuant to the Initial Stipulation, the deadline for Plaintiffs to file oppositions to Defendants' Motions to Dismiss is August 27, 2012, and the deadline for Defendants to file replies in support of their Motions to Dismiss is September 10, 2012;

1   WHEREAS, the parties agree that there is good cause to further modify the briefing schedule and hearing dates for Defendants' Motions to Dismiss due the number and complexity of the issues and the pre-existing schedules of counsel;

WHEREAS, this Stipulation will not decrease the number of days between the filing of these briefs and the hearing date;

WHEREAS, other than the Initial Stipulation, the parties have sought no prior requests for extensions.

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. Plaintiffs shall file and serve any oppositions to Defendants' Motions to Dismiss no later than September 17, 2012;

2. Defendants shall file and serve any replies in support of their Motions to Dismiss no later than October 9, 2012; and

3. The hearing on Defendants' Motions to Dismiss shall take place on October 29, 2012, at 1:30 p.m., or a later date and time convenient for the Court.

The Parties are submitting a proposed Order concurrently with this Stipulation.

Dated:  August 16, 2012           Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

/s/ *David R. Kaplan*
BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID R. KAPLAN
(davidk@blbglaw.com)
LAURENCE REZA WRATHALL
(laurence.wrathall@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11  Dated:  August 16, 2012
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI
(fbottini@csfblaw.com)
KEITH M. COCHRAN
(kcochran@cfsblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

*Attorneys for Plaintiffs and the Classes*

HAHN LOESER & PARKS LLP


*/s/ Michael J. Gleason*     (consent via email)
MICHAEL J. GLEASON
(mgleason@hahnlaw.com)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel:   (619) 810-4300
Fax:   (619) 810-4301

MARK E. SCHIFFMAN
(mark.schiffman@fnf.com)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel:   (619) 810-4300
Fax:   (619) 810-4301

*Attorneys for Defendants*
*Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Company of California, Lawyers Title Co., Fidelity*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*National Disclosure Source, LLC, and*
*Fidelity National Home Warranty Co.*

-5-

JOINT STIPULATION MODIFYING BRIEFING
SCHEDULE AND HEARING DATE
Case No. CV 12-00874 DSF (AGRx)