BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN  (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI  (No. 175783)
(fbottini@cfsblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

*Attorneys for Plaintiff's and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation; CHICAGO TITLE COMPANY, a California corporation; TICOR TITLE COMPANY OF | Case No. SACV 12-00874 DSF (AGRx)<br><br>**DECLARATION OF DAVID KAPLAN IN SUPPORT OF JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO DISMISS**<br>**[ECF Nos. 30, 33, 37]**<br><br>Judge:  Dale S. Fischer<br>Courtroom:    840 |

CALIFORNIA, a California corporation; LAWYERS TITLE COMPANY, a California corporation; FIDELITY NATIONAL DISCLOSURE SOURCE, LLC, a Delaware corporation; FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation; and DOES 1-100, inclusive,

                Defendants.

I, David Kaplan, declare as follows:

      1.    I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court.  I am an attorney with the law firm of Bernstein Litowitz Berger & Grossmann LLP, co-counsel for Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon (collectively, "Plaintiffs") in the above-captioned matter.  I make this declaration in support of the Joint Stipulation Modifying Briefing Schedule and Hearing Date on Defendants' Motions To Dismiss ("Stipulation") filed concurrently herewith.  I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, I could and would testify competently thereto.

      2.    On July 27, 2012, Defendants collectively filed three motions to dismiss certain claims asserted in the Complaint:  (1) a Motion to Dismiss Claims of Plaintiffs Matthias Hildebrandt, William Haddon, and Dorsey McTaggart [ECF No. 30]; (2) a Motion to Dismiss Claims of Plaintiff Phillips [ECF Nos. 33]; and (3) a Motion to Dismiss Conspiracy Allegations [ECF No. 37] (collectively, the "Motions to Dismiss").

      3.    Plaintiffs and Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Commonwealth Land Title Company, Chicago Title Company, Ticor Title Company of California, Lawyers Title Company, Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty

1. Company (collectively, "Defendants") previously stipulated to a briefing schedule with respect to Defendants' Motions to Dismiss ("Initial Stipulation"), which was filed by Defendants on June 18, 2012 [ECF No. 6]. No other requests for extensions have been requested.

4. The hearing date for Defendants' Motions to Dismiss is currently set for September 24, 2012.

5. Pursuant the Initial Stipulation, Plaintiff's oppositions to the Motions to Dismiss are due August 27, 2012, and Defendants' replies are due September 10, 2012. The hearing on the Motions to Dismiss is set to take place on September 24, 2012, at 1:30 p.m.

6. As set forth this Stipulation, the Parties request a continuance of the September 24 hearing, until October 29, 2012, at 1:30 p.m., and related extensions of the briefing schedule on the Motions to Dismiss. The parties submit this request in order to allow sufficient time to prepare their opposition and reply briefs, due to the number and complexity of the issues and the pre-existing schedules of counsel.

7. Other than the Initial Stipulation, the parties have sought no prior requests for extension.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2012, in San Diego, California.

*/s/ David R. Kaplan*