# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation; CHICAGO TITLE COMPANY, a California corporation; TICOR TITLE COMPANY OF CALIFORNIA, a California corporation; LAWYERS TITLE COMPANY, a California corporation; FIDELITY NATIONAL DISCLOSURE SOURCE, LLC, a Delaware corporation; FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | Case No. SACV 12-00874 DSF (AGRx)<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO DISMISS**<br>**[ECF Nos. 30, 33, 37]**<br><br>Judge: Dale S. Fischer<br>Courtroom:　840 |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation ("Stipulation") entered into by and between Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon, and Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Commonwealth Land Title Company, Chicago Title Company, Ticor Title Company of California, Lawyers Title Company, Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Company, and for good cause shown, the hearing on Defendants' motions to dismiss [ECF. Nos. 30, 33, and 37], and deadlines for related briefing, are modified as follows:

1. Plaintiffs shall file and serve any oppositions to Defendants' motions to dismiss no later than September 17, 2012.

2. Defendants shall file and serve and replies in support of their motions to dismiss no later than October 9, 2012.

3. The hearings on Defendants' motions to dismiss shall take place on October 29, 2012, at 1:30 p.m., or at a later date and time convenient for the Court.

IT IS SO ORDERED.

Dated: August _____, 2012

Hon. Dale S. Fischer
United States District Judge