BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI (No. 175783)
(fbottini@cfsblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

*Attorneys for Plaintiff's and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation; CHICAGO TITLE COMPANY, a California corporation; TICOR TITLE COMPANY OF CALIFORNIA, a California corporation; LAWYERS TITLE | Case No. CV 12-00874 DSF (AGRx)<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:       Hon. Dale S. Fischer<br>Courtroom:   840 |

| | |
|---|---|
| 1 | COMPANY, a California corporation; FIDELITY NATIONAL |
| 2 | DISCLOSURE SOURCE, LLC, a Delaware corporation; FIDELITY |
| 3 | NATIONAL HOME WARRANTY COMPANY, a California corporation; |
| 4 | and DOES 1-100, inclusive, |
| 5 | Defendants. |

7 This Stipulation is entered into by and between Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon (collectively, "Plaintiffs") and Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Commonwealth Land Title Company, Chicago Title Company, Ticor Title Company of California, Lawyers Title Company, Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Company (collectively, "Defendants"):

WHEREAS, Plaintiffs' Class Action Complaint (the "Complaint") [ECF No. 1] for violation of the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.*, and California Business & Professions Code § 17200, *et seq.*, was filed on June 1, 2012, and served on Defendants on June 6, 2012 [ECF Nos. 15-22];

WHEREAS, pursuant to Local Rule 23-3, Plaintiffs' motion for class certification is currently due no later than September 4, 2012, *i.e.*, 90 days after service of the Complaint;

WHEREAS, on July 27, 2012, Defendants collectively filed three motions to dismiss certain claims asserted in the Complaint: (1) a Motion to Dismiss Claims of Plaintiffs Matthias Hildebrandt, William Haddon, and Dorsey McTaggart [ECF No. 30]; (2) a Motion to Dismiss Claims of Plaintiff Phillips [ECF Nos. 33]; and (3) a Motion to Dismiss Conspiracy Allegations [ECF No. 37] (collectively, the "Motions to Dismiss");

WHEREAS, pursuant to the Court's Order Modifying Briefing Schedule and Hearing Date on Motions to Dismiss [ECF No. 44], Plaintiffs' oppositions to Defendants' Motions to Dismiss are due no later than September 17, 2012, and a hearing on the Motions to Dismiss is set for October 29, 2012, at 1:30 p.m.;

WHEREAS, pursuant to the Court's Order Setting Scheduling Conference [Text Only Entry: Order Setting Scheduling Conference dated June 19, 2012], a Scheduling Conference pursuant to Rule 16(b) of the Federal Rules of Civil Procedure is set for October 1, 2012, at 11:00 a.m.  Further, pursuant to the Court's Order Setting Scheduling Conference, the parties have agreed to meet and confer pursuant to Rule 26(f) on September 6, 2012, to discuss, among other things, anticipated motions, a discovery plan (including dates for expert witness disclosures, an expert discovery cut-off date, and a fact discovery cut-off date), and a timetable for pretrial and trial dates.  At the Rule 26(f) conference, the parties will discuss an appropriate schedule for Plaintiffs' class certification motion pursuant to Rule 23(c)(1)(A), which will be addressed in the parties' Joint Rule 26(f) Report;

WHEREAS, the Parties agree that continuing the deadline for Plaintiffs to file their motion for class certification until after resolution of the pending Motions to Dismiss will promote judicial efficiency and economy, and that an appropriate class certification briefing schedule should be addressed with the Court at the Rule 16(b) Scheduling Conference.  Accordingly, the parties agree to include in their Joint Rule 26(f) Report a statement addressing the briefing schedule for class certification, including proposed deadlines;

WHEREAS, other than two stipulations modifying the briefing schedule and hearing date on Defendants' Motions to Dismiss [ECF Nos. 6 and 44], the Parties have sought no prior requests for extensions.

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT the deadline for Plaintiffs to file their motion for class certification be continued until a

date after resolution of Defendants' Motions to Dismiss.  The parties further stipulate and agree to address an appropriate briefing schedule with the Court at the Rule 16(b) Scheduling Conference, and to include in their Joint Rule 26(f) Report a statement addressing the class certification briefing schedule, including proposed deadlines.

      The Parties are submitting a proposed Order concurrently with this Joint Stipulation.

Dated:  August 29, 2012         Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP

/s/ *David R. Kaplan*
BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID R. KAPLAN
(davidk@blbglaw.com)
LAURENCE REZA WRATHALL
(laurence.wrathall@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI
(fbottini@csfblaw.com)
KEITH M. COCHRAN
(kcochran@cfsblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:  (619) 955-5318

*Attorneys for Plaintiffs and the Classes*

| | | |
|---|---|---|
| 1 | Dated: August 29, 2012 | HAHN LOESER & PARKS LLP |

*/s/ Michael J. Gleason*     (consent via email)
MICHAEL J. GLEASON
(mgleason@hahnlaw.com)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel:   (619) 810-4300
Fax:   (619) 810-4301

MARK E. SCHIFFMAN
(mark.schiffman@fnf.com)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel:   (619) 810-4300
Fax:   (619) 810-4301

*Attorneys for Defendants*
*Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Company of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Co.*