BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI (No. 175783)
(fbottini@cfsblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

*Attorneys for Plaintiff's and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation; CHICAGO TITLE COMPANY, a California corporation; TICOR TITLE COMPANY OF | Case No. SACV 12-00874 DSF (AGRx)<br><br>**DECLARATION OF DAVID KAPLAN IN SUPPORT OF JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:       Hon. Dale S. Fischer<br>Courtroom:  840 |

| | |
|---|---|
| 1 | CALIFORNIA, a California corporation; LAWYERS TITLE |
| 2 | COMPANY, a California corporation; FIDELITY NATIONAL |
| 3 | DISCLOSURE SOURCE, LLC, a Delaware corporation; FIDELITY |
| 4 | NATIONAL HOME WARRANTY COMPANY, a California corporation; |
| 5 | and DOES 1-100, inclusive, |
| 6 | Defendants. |

I, David Kaplan, declare as follows:

    1.    I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am an attorney with the law firm of Bernstein Litowitz Berger & Grossmann LLP, co-counsel for Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon (collectively, "Plaintiffs") in the above-captioned matter. I make this declaration in support of the Joint Stipulation to Continue Deadline for Plaintiffs' Motion for Class Certification ("Stipulation") filed concurrently herewith. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, I could and would testify competently thereto.

    2.    Plaintiffs' Class Action Complaint [ECF No. 1] was filed on June 1, 2012, and served on Defendants on June 6, 2012 [ECF Nos. 15-22]. Pursuant to Local Rule 23-3, Plaintiffs' motion for class certification is due no later than September 4, 2012, *i.e.*, 90 days after service of the Complaint.

    3.    On July 27, 2012, Defendants collectively filed three motions to dismiss certain claims asserted in the Complaint: (1) a Motion to Dismiss Claims of Plaintiffs Matthias Hildebrandt, William Haddon, and Dorsey McTaggart [ECF No. 30]; (2) a Motion to Dismiss Claims of Plaintiff Phillips [ECF Nos. 33]; and (3) a Motion to Dismiss Conspiracy Allegations [ECF No. 37] (collectively, the "Motions to Dismiss"). Plaintiffs will be opposing Defendants' Motions to

1  Dismiss.  Pursuant to the Court's Order Modifying Briefing Schedule and Hearing
2  Date on Motions to Dismiss [ECF No. 44], Plaintiffs' oppositions are due no later
3  than September 17, 2012, and a hearing on the Motions to Dismiss is set for
4  October 29, 2012, at 1:30 p.m.

5      4.  A Scheduling Conference pursuant to Rule 16(b) of the Federal Rules
6  of Civil Procedure is set for October 1, 2012, at 11:00 a.m.

7      5.  As set forth in the Stipulation, the Parties request a continuance of the
8  deadline for Plaintiff to file its motion for class certification until after the Court
9  resolves Defendants' pending Motions to Dismiss. The parties believe that
10 postponing the briefing on class certification until after the Motions to Dismiss are
11 determined will promote judicial efficiency and economy.  The parties have agreed
12 to include in their Joint Rule 26(f) Report a statement addressing the briefing
13 schedule for class certification, including proposed deadlines, and to address an
14 appropriate class certification briefing schedule with the Court at the Rule 16(b)
15 Scheduling Conference.

16     6.  The parties previously stipulated to modify the briefing schedule on
17 Defendants' Motions to Dismiss.  *See* ECF Nos. 6 and 44.  No other requests for
18 extensions have been requested by the parties.

19     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the
20 foregoing is true and correct.

21     Executed on August 29, 2012, in San Diego, California.

23     */s/ David R. Kaplan*