|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation; CHICAGO TITLE COMPANY, a California corporation; TICOR TITLE COMPANY OF CALIFORNIA, a California corporation; LAWYERS TITLE COMPANY, a California corporation; FIDELITY NATIONAL DISCLOSURE SOURCE, LLC, a Delaware corporation; FIDELITY NATIONAL HOME WARRANTY COMPANY, a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. SACV 12-00874 DSF (AGRx)<br><br>**ORDER CONTINUING DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:       Hon. Dale S. Fischer<br>Courtroom:  840 |

# ORDER

Pursuant to the Joint Stipulation entered into by and between Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon and Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Commonwealth Land Title Company, Chicago Title Company, Ticor Title Company of California, Lawyers Title Company, Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Company, and for good cause shown, the deadline for Plaintiffs to file their motion for class certification is continued until a date after the Court resolves Defendants' pending motions to dismiss. The parties shall include in their Joint Rule 26(f) Report a statement addressing the class certification briefing schedule, including proposed deadlines, which shall be addressed with the Court at the Rule 16(b) Scheduling Conference.

IT IS SO ORDERED.

Dated: 8/31/12

Hon. Dale S. Fischer
United States District Judge