BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI (No. 175783)
(fbottini@cfsblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

[Additional Counsel Appear in Signature Block]

*Attorneys for Plaintiff's and the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.<br><br>Defendants. | Case No. CV 12-00874 DSF (AGRx)<br><br>**JOINT STIPULATION REGARDING DISMISSAL**<br><br>Judge:   Hon. Dale S. Fischer<br>Courtroom:   840 |

Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon (collectively "Plaintiffs"), together with Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Co. of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Co. (collectively, "Defendants"; and collectively with Plaintiffs, the "Parties"), stipulate as follows:

1. On July 27, 2012, Defendants filed three motions to dismiss [ECF Nos. 30, 33, and 37], along with corresponding memoranda and declarations in support thereof [ECF Nos. 31-32, and 34-36], collectively seeking dismissal for lack of subject matter jurisdiction based upon arguments that Plaintiffs lack standing to assert any of the claims contained in Plaintiffs' Complaint [ECF No. 1];

2. Plaintiffs reviewed Defendants' motions and submissions in support thereof and hereby stipulate that Plaintiffs lack standing to assert any of the claims contained in Plaintiffs' Complaint and, as a result, that the Court lacks subject matter jurisdiction over the above-entitled action.

3. As a result, the Parties stipulate that the Court should enter an order dismissing this action, without prejudice, for lack of subject-matter jurisdiction based upon a lack of standing; and

4. The Parties further stipulate the order shall provide that each of the respective Parties will bear their own costs and attorneys' fees incurred in this action.

The Parties are submitting a proposed Order concurrently with this Joint Stipulation.

Dated: September 17, 2012     Respectfully submitted,

/s/ *Blair A. Nicholas*

Case No. CV 12-00874 DSF (AGRx)

| | |
|---|---|
| 1 | BLAIR A. NICHOLAS (No. 178428) |
| 2 | (blairn@blbglaw.com) |
| | BENJAMIN GALDSTON (No. 211114) |
| 3 | (beng@blbglaw.com) |
| 4 | DAVID R. KAPLAN (No. 230144) |
| | (davidk@blbglaw.com) |
| 5 | LAURENCE REZA WRATHALL (No. 279770) |
| 6 | (laurence.wrathall@blbglaw.com) |
| | BERNSTEIN LITOWITZ BERGER |
| 7 | & GROSSMANN LLP |
| 8 | 12481 High Bluff Drive, Suite 300 |
| | San Diego, CA 92130 |
| 9 | Tel:   (858) 793-0070 |
| 10 | Fax:   (858) 793-0323 |

/s/ *Francis A. Bottini*
EDWARD D. CHAPIN (No. 053287)
(echapin@cfsblaw.com)
FRANCIS A. BOTTINI (No. 175783)
(fbottini@csfblaw.com)
KEITH M. COCHRAN (No. 254346)
(kcochran@cfsblaw.com)
CHAPIN FITZGERALD & BOTTINI LLP
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

*Attorneys for Plaintiffs and the Putative Classes*

Dated: September 17, 2012   */s/ Michael J. Gleason*   (consent via email)
MICHAEL J. GLEASON (No. 279343)
(mgleason@hahnlaw.com)
HAHN LOESER & PARKS LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel:   (619) 810-4300
Fax:   (619) 810-4301

STEVEN A. GOLDFARB (admitted *pro hac vice*)
(sagoldfarb@hahnlaw.com)
DEREK E. DIAZ (admitted *pro hac vice*)
(ddiaz@hahnlaw.com)
KELLY A. KOSEK (admitted *pro hac vice*)
(kkosek@hahnlaw.com)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH  44114-2316
Tel:   (216) 621-0150
Fax:   (216) 241-2824

MARK E. SCHIFFMAN (No. 062654)
(mark.schiffman@fnf.com)
FIDELITY NATIONAL LAW GROUP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel:   (619) 810-4300
Fax:   (619) 810-4301

JAMES A. MOSS  (No. 084441)
(james.moss@fnf.com)
FIDELITY NATIONAL LAW GROUP
915 Wilshire Blvd., Suite 2100
Los Angeles, CA  90017
Tel:   (213) 438-4418
Fax:   (213) 438-4417

*Attorneys for Defendants*
*Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Company of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Co.*