BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

CHAPIN FITZGERALD & BOTTINI LLP
EDWARD D. CHAPIN (No. 053287)
(echapin@cfblaw.com)
FRANCIS A. BOTTINI (No. 175783)
(fbottini@cfblaw.com)
550 West "C" Street, Suite 2000
San Diego, CA 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

*Attorneys for Plaintiff's and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, *et al*,

Defendants.

Case No. SACV 12-00874 DSF (AGRx)

**PROOF OF SERVICE**

Judge: Hon. Dale S. Fischer
Courtroom: 840

I, Blair Nicholas, declare:

1. That I am, and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on September 17, 2012, I caused to be served the following documents:

**1. Joint Stipulation Regarding Dismissal**

**2. [Proposed] Dismissal Order**

by serving the parties listed on the attached service list as follows:

❒ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☒ **(BY ECF)** Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

❒ (**BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be mailed electronically to the parties on the attached service list.

❒ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be

deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 17th day of September, 2012, at San Diego, California.

/s/ Blair Nicholas

**ATTORNEYS FOR DEFENDANTS**
**Fidelity National Financial, Inc., Fidelity National Title Ins. Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Co. of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Co.**

---

Michael J. Gleason
HAHN LOESER & PARKS, LLP
One America Plaza
600 West Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300
Fax: (619) 810-4301
mgleason@hahnlaw.com

Mark E. Schiffman
FIDELITY NATIONAL LAW GROUP
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017
Tel: (213) 438-7204
Fax: (213) 438-4417
mark.schiffman@fnf.com

Steven A. Goldfarb
Derek E. Diaz
Kelly A. Kosek
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2316
Tel: (216) 621-0150
Fax: (216) 241-2824
sagoldfarb@hahnlaw.com
ddiaz@hahnlaw.com
kkosek@hahnlaw.com

James A. Moss
FIDELITY NATIONAL LAW GROUP
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017
Tel: (213) 438-4418
Fax: (213) 438-4417
james.moss@fnf.com