JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS HILDEBRANDT, SCOTT PHILLIPS, DORSEY McTAGGART, and WILLIAM C. HADDON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.<br><br>Defendants. | Case No. SACV 12-00874 DSF (AGRx)<br><br>**DISMISSAL ORDER**<br><br>Judge: Hon. Dale S. Fischer<br>Courtroom: 840 |

Plaintiffs Matthias Hildebrandt, Scott Phillips, Dorsey McTaggart, and William C. Haddon (collectively "Plaintiffs"), together with Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Co., Commonwealth Land Title Co., Chicago Title Co., Ticor Title Co. of California, Lawyers Title Co., Fidelity National Disclosure Source, LLC, and Fidelity National Home Warranty Co. (collectively, "Defendants"; and collectively with Plaintiffs, the "Parties"), have informed the Court of the following stipulations:

1. On July 27, 2012, Defendants filed three motions to dismiss [ECF Nos. 30, 33, and 37], along with corresponding memoranda and declarations

1  in support thereof [ECF Nos. 31-32, and 34-36], collectively seeking dismissal for lack of subject-matter jurisdiction based upon arguments that Plaintiffs lack standing to assert any of the claims contained in Plaintiffs' Complaint [ECF No. 1];

2. Plaintiffs reviewed Defendants' motions and submissions in support thereof and stipulate that Plaintiffs lack standing to assert any of the claims contained in Plaintiffs' Complaint and, as a result, that the Court lacks subject-matter jurisdiction over the above-entitled action.

3. The Parties further stipulate that the Court should enter an order dismissing this action, without prejudice, for lack of subject-matter jurisdiction based upon a lack of standing; and

4. The Parties further stipulate the order will provide that each of the respective Parties will bear their own costs and attorneys' fees incurred in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, in accordance with the foregoing stipulations of the Parties, that this action is dismissed, without prejudice, because this Court lacks subject-matter jurisdiction due to Plaintiffs' lack of standing. Each party shall bear their own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: 9/18/12

                                         Hon. Dale S. Fischer
                                         United States District Judge